AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00293 |
| Stephanie Danielle Miller | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 3/9/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Stephanie Danielle Miller__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __03/09/2021__

Digitally signed by G. Michael Harvey
Date: 2021.03.09 15:06:34 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __3-12-2021__, and the person was arrested on *(date)* __3-12-2021__
at *(city and state)* __Bradford, Ohio__.

Date: __3-12-2021__

*Arresting officer's signature*

__Bradley A. Meeker, Task Force Officer__
*Printed name and title*